ALLEN L. PORTER *vs.* MASON D. SMITH.

*McNaught Bros.* for plaintiff in error.

*C. H. Hanford* for defendant in error.

Error to the Third Judicial District holding terms at Seattle.

MOTION to dismiss.

Opinion by GREENE, Chief Justice.

We think no writ of error issuing out of this court is necessary.

This motion must therefore be denied.

Opinion by WINGARD, Associate Justice.

Taking the words " writ of error" in the Organic Act to mean suit in error, for which there is both reason and authority, as well as for other considerations suggested by my brothers. I am led to the conclusion that in the spirit of the code, a formal writ of error would be supererogation, and therefore unnecessary.